

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

Rondale Gerrod Farris,          \* From the 358th District Court
of Ector County,
Trial Court No. D-18-2005-CR.

Vs. No. 11-22-00086-CR          \* January 18, 2024

The State of Texas,          \* Memorandum Opinion by Williams, J.
(Panel consists of: Bailey, C.J.,
Williams, J., and Wright, S.C.J.,
sitting by assignment)
(Trotter, J., not participating)

This court has inspected the record in this cause and concludes that there is error in one of the judgments below. Therefore, in accordance with this court's opinion, we vacate Appellant's felony murder conviction because it violates the Double Jeopardy Clause, and we reverse the trial court's judgment as to Count Two and render a judgment of acquittal with respect to that count. With respect to Count One and Count Three, we affirm the judgments of the trial court.